IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK RIGGS, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FORD DOWNES, | : | No. 15-6693 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **22ⁿᵈ** day of **August**, **2018**, upon consideration of Defendant Capano Homes' Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim upon which Relief can be Granted and Plaintiffs' response thereto, and for the reasons stated in the Court's Memorandum dated August 22, 2018, it is hereby **ORDERED** that the motion (Document No. 26) is **GRANTED.** Plaintiffs' claims against Capano Homes are **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
**Berle M. Schiller, J.**